

# NUMBER 13-19-00264-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PAUL GARCIA FALCON, Appellant,

v.

THE STATE OF TEXAS, Appellee.

### On appeal from the 25th District Court
### of Gonzales County, Texas.

# ORDER TO FILE REPORTER'S RECORD

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on the reporter's fifth motion for extension of time to file her portion of the reporter's record. The reporter's record in this matter was originally due on October 1, 2019. This Court previously granted the reporter four extensions of time. The reporter now files a fifth motion requesting additional time of at least three

weeks.

Texas Rule of Appellate Procedure 35.3(c) provides that the appellate court may extend the deadline to file the record if requested by the reporter. Each extension must not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal. *See* TEX. R. APP. P. 35.3.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter.

Reporter, Patricia M. Wagner, CSR, is hereby ORDERED to file the reporter's record in this Court no later than 5:00 p.m. on March 16, 2020. NO FURTHER MOTIONS FOR EXTENSION OF TIME WILL BE ENTERTAINED BY THIS COURT. If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(1).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of February, 2020.